# ELECTRONIC RECORD

COA # 01-15-00021-CR          OFFENSE: 19.03 (Capital Murder)

STYLE: Obed Joseph Rodriguez v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     DISMISS          TRIAL COURT: 208th District Court

DATE: 02/19/2015          Publish: NO    TC CASE #:     1399946

# IN THE COURT OF CRIMINAL APPEALS

*294-15*
*295-15*

STYLE: Obed Joseph Rodriguez v. The State of Texas          CCA #: **295-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: _05/13/2015_          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

\------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____